# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>-and-<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br>No. 17 BK 3567-LTS |
| THE COMMONWEALTH OF PUERTO RICO *ex rel.*, MESSO, LLC<br><br>Plaintiffs,<br><br>v.<br><br>FIRST TRANSIT OF PUERTO RICO, *et al.*,<br><br>Defendants. | Adv. Proc. No. 26-0006<br>in 17 BK 3567-LTS |

**CORPORATE DISCLOSURES OF FIRS TRANSIT OF PUERTO RICO INC.**

1

**TO THE HONORABLE COURT**:

**COMES NOW** Defendant First Transit of Puerto Rico, Inc. ("First Transit"), through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, respectfully states as follows:

1. First Transit, a Delaware corporation, is a wholly owned subsidiary of First Transit, Inc., another Delaware corporation.

2. No publicly-traded corporation owns more than 10% of First Transit or First Transit, Inc.

**WHEREFORE**, First Transit requests that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** We certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record, and to Plaintiff's counsel via email to Carlos J. Sagardia Abreu cjsa@strategialegalepr.com and Alfonso Martínez Piovanetti alfonso@martinezpiovanetti.com.

In Guaynabo, Puerto Rico, this 10th day of February 2026.

**DELGADO & FERNÁNDEZ, LLC**
T Mobile Center at San Patricio
B7 Tabonuco St., Suite 1000
Guaynabo, PR 00968
Tel. (787) 274-1414
Fax: (787) 764-8241

*s/ Alfredo Fernández Martínez*
**Alfredo Fernández Martínez**
USDC-PR No. 210511
afernandez@delgadofernandez.com

*s/ Carlos R. Baralt Suárez*
**Carlos R. Baralt Suárez**
USDC-PR No. 301510
cbaralt@delgadofernandez.com

*s/ Pedro A. Hernández Freire*
**Pedro A. Hernández Freire**
USDC-PR No. 231702
phernandez@delgadofernandez.com

*Attorneys for First Transit of Puerto Rico, Inc.*

3