**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>    as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>-and-<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>    Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br><br><br>No. 17 BK 3567-LTS |
| THE COMMONWEALTH OF PUERTO RICO *ex rel.*, MESSO, LLC<br><br>    Plaintiffs,<br><br>v.<br><br>FIRST TRANSIT OF PUERTO RICO, *et al.*,<br><br>    Defendants. | Adv. Proc. No. 26-0006<br>in 17 BK 3567-LTS |

## CORPORATE DISCLOSURE STATEMENT

**COME NOW** co-defendants, FirstGroup America, Inc. (FGA), FirstGroup America Holdings, Inc., FirstGroup International, Inc., First Student Parent, Inc., First Student, Inc., First Student Holding Company LLC, First Student Services LLC, First Student Transportation LLC, FirstGroup America PLC and Recess Holdco LLC (collectively, the "Recess Defendants"), through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 7.1, respectfully state as follows:

1. None of the Recess Defendants have a parent company, subsidiaries and/or affiliates that have issued shares to the public.

**WHEREFORE,** the Recess Defendants request that the Court take notice of the foregoing.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** We certify that on this same date we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record.

In Guaynabo, Puerto Rico, this 5th day of March 2026.

> **DELGADO & FERNÁNDEZ, LLC**
> T Mobile Center at San Patricio
> B7 Tabonuco St., Suite 1000
> Guaynabo, PR 00968
> Tel. (787) 274-1414
> Fax: (787) 764-8241
>
> *s/ Alfredo Fernández Martínez*
> **Alfredo Fernández Martínez**
> USDC-PR No. 210511
> afernandez@delgadofernandez.com
>
> *s/ Carlos R. Baralt Suárez*
> **Carlos R. Baralt Suárez**
> USDC-PR No. 301510
> cbaralt@delgadofernandez.com

2

*s/ Pedro A. Hernández Freire*
**Pedro A. Hernández Freire**
USDC-PR No. 231702
phernandez@delgadofernandez.com

3