**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>-and-<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtors. | PROMESA<br>Title III<br><br><br>No. 17 BK 3283-LTS<br><br><br><br>No. 17 BK 3567-LTS |
| THE COMMONWEALTH OF PUERTO RICO *ex rel.*, MESSO, LLC<br><br>Plaintiffs,<br><br>v.<br><br>FIRST TRANSIT OF PUERTO RICO, *et al.*,<br><br>Defendants. | Adv. Proc. No. 26-0006<br>in 17 BK 3567-LTS |

### CONSENTED URGENT MOTION TO HOLD IN ABEYANCE
### RESPONSIVE PLEADING DEADLINE

**TO THE HONORABLE COURT**:

**COMES NOW** Defendant First Transit of Puerto Rico, Inc. ("FTPR"), by and through the undersigned counsel, and respectfully states and prays as follows:

1.      On August 11, 2025, Plaintiff commenced this action in the Court of First Instance, Superior Court of San Juan, captioned *Gobierno de Puerto Rico ex rel Messo, LLC v. First Transit of Puerto Rico, Inc. et als*, Civil No. SJ2025CV07134 (the "State Court Action").

2.      On February 9, 2026, First Transit of Puerto Rico, Inc. ("FTPR") removed the case to this Honorable Court. *See* Dkt. No. 1.

3.      After several requests for extension of time to plead were filed by the defendants, and granted by the Court, as it stands now the deadline for defendants to file responsive pleadings is **March 27, 2026**. *See*, Dkt. No. 32.

4.      On March 11, 2026, Plaintiff filed a *Motion to Remand* this case to the Court of First Instance, Superior Court of San Juan. *See* Dkt. No. 28.

5.      On March 12, 2026 the Court set the briefing schedule in this case, setting the deadline to file any objections to the *Motion to Remand* on or before **April 3, 2026** and to file any replies on or before **April 17, 2026**. *See* Dkt. No. 30.

6.      As can be readily ascertained from the *Notice of Removal* and the *Motion to Remand*, a threshold issue exists regarding this Court's exclusive jurisdiction over the subject matter of this action.

7.      FTPR will be filing its opposition to the *Motion to Remand* within the deadline set by the Court and advances that the opposition will reiterate this Court's exclusive jurisdiction over

this case, considering, among other things, the vesting of claims of the Commonwealth and the effects on the reorganized debtor, the exclusive right of the Avoidance Actions Trustees to prosecute certain claims, the effect of Plaintiff's claim on debtor's assets and approved plan of adjustment, and this Court's exclusive jurisdiction over all matters arising under PROMESA, and related to, the Title III Cases and the confirmed Title III plan of adjustment.

8. Requiring FTPR and the remaining Defendants to file responsive pleadings before the Court issues its determination on the *Motion to Remand* would be inefficient and potentially wasteful of judicial resources.

9. For this reason, FTPR respectfully requests that the Court hold in abeyance the deadline <u>for all Defendants</u> to file responsive pleadings until the Court decides the threshold jurisdictional issues raised in FTPR's *Notice of Removal* and Plaintiff's *Motion to Remand*.

10. Pursuant to the *Twenty-First Amended Case Management Procedures* (Dkt. No. 30223-1), the undersigned counsel certify that, prior to filing this motion, they conferred with counsel for Plaintiff regarding the scope of the relief requested herein. Plaintiff's counsels have consented to the relief sought—namely, that the deadline for Defendants' responsive pleading be held in abeyance pending the Court's ruling on the pending Motion to Remand, with the responsive pleading due fourteen (14) days after the Court issues its order resolving that motion, or in accordance with such other schedule as the Court may set.

**WHEREFORE**, FTPR respectfully requests that this Court grant this <u>consented motion</u> and hold in abeyance for all Defendants the deadline for filing responsive pleadings until fourteen (14) days after the Court issues its order resolving the *Motion to Remand*, or in accordance with such other schedule as the Court may set.

**RESPECTFULLY SUBMITTED.**

3

**CERTIFICATE OF SERVICE:** I certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record.

In Guaynabo, Puerto Rico, this  26th day of March 2026.

**DELGADO & FERNÁNDEZ, LLC**
T Mobile Center at San Patricio
B7 Tabonuco St., Suite 1000
Guaynabo, PR 00968
Tel.  (787) 274-1414
Fax: (787) 764-8241

*s/ Alfredo Fernández Martínez*
**Alfredo Fernández Martínez**
USDC-PR No. 210511
afernandez@delgadofernandez.com

*s/ Carlos R. Baralt Suárez*
**Carlos R. Baralt Suárez**
USDC-PR No. 301510
cbaralt@delgadofernandez.com

*s/ Pedro A. Hernández Freire*
**Pedro A. Hernández Freire**
USDC-PR No. 231702
phernandez@delgadofernandez.com

*Attorneys for First Transit of Puerto Rico, Inc.*