**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO, *et al.*,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>(Jointly Administered) |
| In re:<br><br>THE FINANCIAL OVERSIGHT AND MANAGEMENT BOARD FOR PUERTO RICO,<br><br>as representative of<br><br>THE COMMONWEALTH OF PUERTO RICO<br><br>-and-<br><br>PUERTO RICO HIGHWAYS AND TRANSPORTATION AUTHORITY,<br><br>Debtors. | PROMESA<br>Title III<br><br>No. 17 BK 3283-LTS<br><br>No. 17 BK 3567-LTS |
| THE COMMONWEALTH OF PUERTO RICO *ex rel.*, MESSO, LLC<br><br>Plaintiffs,<br><br>v.<br><br>FIRST TRANSIT OF PUERTO RICO, *et al.*,<br><br>Defendants. | Adv. Proc. No. 26-0006<br>in 17 BK 3567-LTS |

### <u>INFORMATIVE MOTION REGARDING LEGAL HOLIDAY AND CLOSING OF THE CLERK OF THE COURT ON APRIL 3, 2026</u>

**TO THE HONORABLE COURT**:

**COMES NOW** Defendant First Transit of Puerto Rico, Inc. ("FTPR"), by and through the undersigned counsel, and respectfully states and prays as follows:

1. On March 11, 2026, Plaintiff filed a Motion to Remand the captioned proceedings. (Dkt. No. 28.)  On March 12, 2026, this Honorable Court set a briefing schedule to address the Motion to Remand whereby it ordered all responses to the remand to be filed on or before April 3, 2026.  (Dkt. No. 30.)

2. On March 27, 2026, this Court held in abeyance the responsive pleading deadlines in this action pending the briefing of various jurisdictional arguments raised by FTPR as part of its removal, mainly related to whether this Court has exclusive jurisdiction to hear this litigation under the HTA Plan and the HTA Confirmation Order, and pursuant to 48 U.S.C. § 2166(a)(2). (Dkt. No. 35.)

3. Pursuant to this District Court's Notice from the Clerk No. 25-13, April 3, 2026, is a legal holiday observed by the Court.  On such date, the Clerk of the Court's Office will be closed. Pursuant to Fed. R. Civ. P. 6(a)(3)(A), the time for filing any position concerning Plaintiff's Motion to Remand is thus extended "to the first accessible day that is not a Saturday, Sunday, or legal holiday."

4. Accordingly, and in compliance with the briefing schedule adopted by this Court, the undersigned respectfully inform that FTPR intends to file its position on Plaintiff's Motion to Remand on or before April 6, 2026.

**WHEREFORE**, FTPR respectfully requests this Court to note that the Clerk of the Court's Office is closed on April 3, 2026, as such date is deemed a legal holiday by Notice 25-13 and that, accordingly, FTPR will file its position to Plaintiff's Motion to Remand at Docket No. 28 on or before April 6, 2026.

**RESPECTFULLY SUBMITTED.**

**CERTIFICATE OF SERVICE:** I certify that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send notice of such filing to all attorneys of record.

In Guaynabo, Puerto Rico, this 3rd day of April 2026.

> **DELGADO & FERNÁNDEZ, LLC**
> T Mobile Center at San Patricio
> B7 Tabonuco St., Suite 1000
> Guaynabo, PR 00968
> Tel.  (787) 274-1414
> Fax: (787) 764-8241
>
> *s/ Alfredo Fernández Martínez*
> **Alfredo Fernández Martínez**
> USDC-PR No. 210511
> afernandez@delgadofernandez.com
>
> *s/ Carlos R. Baralt Suárez*
> **Carlos R. Baralt Suárez**
> USDC-PR No. 301510
> cbaralt@delgadofernandez.com
>
> *s/ Pedro A. Hernández Freire*
> **Pedro A. Hernández Freire**
> USDC-PR No. 231702
> phernandez@delgadofernandez.com
>
> *Attorneys for First Transit of Puerto Rico, Inc.*